IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE No.   3:12-00198 |
| | ) | JUDGE TRAUGER |
| GREGORY LEE GREGORY | ) | |
| Defendant | ) | |

## MOTION TO SET PLEA HEARING

Comes now the defendant, Gregory Lee Gregory, by and through counsel of record, David R. Heroux, and moves this Honorable Court to set a Plea Hearing in this matter. The defendant has been authorized to represent to the Court that the Government has no objection to this motion. In support of this motion the defendant has filed an Affidavit of Counsel, a Motion to Continue Trial, and a Speedy Trial Waiver.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,   BPR   20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050