### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00198 |
| | ) | Judge Trauger |
| [2] GREGORY LEE GREGORY | ) | |
| | ) | |

### **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Monday, July 22, 2013, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 5th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge