IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

> Motion GRANTED. Hearing reset for 7/30/13 at 2:30 p.m.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CASE No. 3:12-00198 |
| | JUDGE TRAUGER |
| GREGORY LEE GREGORY | |
| Defendant | |

## MOTION TO RESET PLEA HEARING

Comes now the defendant, Gregory Lee Gregory, by and through counsel of record, David R. Heroux, and moves this Honorable Court to reset the Plea Hearing set for July 26, 2013. The defendant would request the Plea Hearing be reset for the afternoon of Monday July 29, 2013, or anytime convenient to the Court on Tuesday, July 30, 2013. The defendant has been authorized to represent to the Court that the Government has no objection to this motion. In support of this motion the defendant has filed an Affidavit of Counsel.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,  BPR  20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050